UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

February 11, 2016

MEMO TO COUNSEL RE: Mia Jones v. Matthew Salvas
Civil No. JFM-15-691

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's motion to dismiss the amended complaint.

The motion to dismiss (document 15) is denied. The allegations in the amended complaint are sufficient to state a claim against defendant. Furthermore, I find the video that has been submitted in connection with the motion to dismiss inconclusive. Accordingly, even if I were to convert the motion to dismiss into a motion for summary judgment, I would deny the motion. Discovery needs to be conducted to set forth all of the factual circumstances concerning the incident.

A conference call will be held on __March 3, 2016__ at __5:00__ p.m. to discuss the appropriate schedule in this case. I ask counsel for plaintiff to initiate the call.

Enclosed is a tentative scheduling order with approximate dates for your information. Please consult with one another before the call and be prepared to discuss whether you would like to participate in a settlement conference either before or after the completion of discovery, any changes to the dates in the form scheduling order, and whether there is unanimous consent to proceed before a U.S. Magistrate Judge for all proceedings.

Also enclosed is a letter regarding a call-in hour program for the resolution of discovery disagreements.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

J. Frederick Motz
United States District Judge